PD-0708&0709&0710-15

CAUSE NOS. : <u>F13-40506-N</u>
<u>F13-40507-N</u>
<u>F13-40508-N</u>

| | |
|---|---|
| THE STATE OF TEXAS | IN THE JUDICIAL DISTRICT |
| V. | COURT NO:195th OF |
| STANLEY, TERRY ANDREW | DALLAS COUNTY, TEXAS |

RECEIVED IN
COURT OF CRIMINAI APPEALS

JUN 09 2015

Abel Acosta. Clerk

<u>MOTION FOR EXTENSION OF TIME</u>

<u>RULE 68.2 (c) of TEX.R.APP.P.</u>

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOE STANLEY, TERRY ANDREW, APPELLANT of the above mentioned cause numbers and style and moves this Honorable Court to GRANT HIM EXTENSION OF TIME: 90 DAYS (ninety days), Due to the following reasons:

I

On May 29,2015, the Appellant recieved his letter: OPINION OF DISMISSAL from the COURT OF APPEALS, FIFTH DISTRICT OF TEXAS AT DALLAS Dated MAY 21, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

II

On May 29, 2015, the Appellant recieved a letter Dated MAY 22, 2015, from his Court Appointed Attorney RIANN C. MOORE Admonished the Appellant to file a Pitition For Discretionary Review persuant to rule 68.2 (c) of the Tex.R.App.P.

III

The Appellant would like to exercise has rights to file a Petition For Discretionary Review, therefore, The Petitioner is requesting this Honorable Court To GRANT him an EXTENSION OF TIME: 90 DAYS in which to prepare and file his Petition For Discretionary

Review.

### IV

In order for the Appellant to prepare his Petition For Discretionary Review, He needs to use his COURT RECORDS.

### V

Enclosed herewith is Appellant's letter addressed to the Court Staff of The Said Court in which the Appellant is requesting the Court Staff to send him copies of ALL the Court Records, Therefore he neds the requested EXTENSION OF TIME so that he can have enough time to prepare his Petition For Discretionary Review.

### VI

The Appellant also needs to use his Court Records in order to prepare and file his MOTION FOR REHEARING.

**PRAYER**

The Appellant prays this HONORABLE COURT TO GRANT HIM THIS MOTION OF EXTENSION OF TIME.

RESPECTFULLY SUBMITTED,

SIGNED ON THIS _4th_ DAY OF _June_ 2015 A.D.

STANLEY, TERRY ANDREW
1908398
WYNNE UNIT
810 FM 2821
HUNTSVILLE,TX.77349-0001

CAUSE NO. : <u>F13-40506-N</u>
<u>F13-40507-N</u>
<u>F13-40508-N</u>

THE STATE OF TEXAS                          IN THE JUDICIAL DISTRICT

V.                                          COURT NO: 195th OF

STANLEY, TERRY ANDREW                       DALLAS COUNTY, TEXAS


TO COURT STAFF:
COURT COORDINATOR: CLAIR FOSTER
COURT REPORTER: SANDRA HUGHES
CHIEF CLERK: ROBERTA WILLIAMS
DISTRICT CLREK: GARY FITZSIMMONS

    Dear Court Staff,
FOSTER, HUGHES, WILLIAMS AND DISTRICT CLERK FITZSIMMONS,
    RE: REQUEST FOR COURT RECORDS PURSUANT TO RULE 34 (a) FED.
R.CIV.P.; ART. 39.14 and ART. 39.15 (a)(c) TEX.CODE CRIM.PRO. SEE
ALSO THE FREEDOM OF INFORMATION ACT,5 U.S.C.§ 552 and/or THE PRIV-
ACY ACT 5 U.S.C. AND 552a

    The Appellant, Stanley, Terry Andrew, hereby request you to send
ALL of his Court Records including the photographs/videos from his
cell phone which is in the Court, also the Court Docket Sheet and
police report.
    The Appellant asserts that he will not use his court records for
commercial purposes, but for legal matters:
    Appellant needs ALL of his court records so that he can use them
in order to resolve his court case in the Judicial Court No. 195th
of Dallas County, Texas.
    If any expenses in the excess of $100.00 (one hundred) dollars
are incurred in connection with this request, of his court records,
pursuant to THE FREEDOM OF INFORMATION ACT,5 U.S.C.§ 552and or THE
PRIVACY ACT,5 U.S.C. § 552a, please obtain Appellants approval and
send him quotation before any such charges are incurred.
    The Appellant will expect a response within 20 (twenty) working
days as provided by law. If his request is denied in whole or in

(1)

part, he expects a detailed justification for withholding his records.

The Appellant also request any segregable portions that are not exempt to be disclosed.

Futhermore the Appellant contains that his request of his court records is not the first request. He has already sent you/ the court request letters for his court records on the dates indicated below, but to no avail:

27th OCTOBER 2014 A.D.

30th DECEMBER 2014 A.D.

29th JANUARY 2015 A.D.

Please see the enclosed copies of correspondence to the Honorable Court:

A. MOTION FOR CONVICTING RECPRDS

B. DESIGNATION OF RECORDS ON APPEAL

Your cooperation is highly appreciated.

Regards

Sincerly,

Stanley, Terry Andrew

APPELLANT

1908398

WYNNE UNIT

810 FM 2821

HUNTSVILLE,TX.77349-0001

DATE: 6-4-15

CAUSE NOS:F13-40506-N

F13-40507-N

F13-40508-N

THE STATE OF TEXAS

V.

STANLEY, TERRY ANDREW

IN THE JUDICIAL

DISTRICT COURT NO.195th

DALLAS COUNTY

TEXAS

## MOTION FOR CONVICTING RECORDS

COMES NOW STANLEY,TERRY ANDREW,Defendant,in the above mentioned style and case numbers and moves the Honorable Judicial District Court.

The Defendant is hereby requesting this Honorable Court to send him all of his convicting records including the yellow paper.

The Defendant also asserts that on January 17,2014, a security officer, an employee of the Dallas County Jail, made him sign certian documents in the absence of his Court Appointed Attorney M/S Stephanie Hudson Hence, the Defendant is requesting this Honorable Court to send him the documents which he signed on January 17,2014.

Respectfully Submitted,

Signed on this 27th Day of October 2014 A.D.

Stanley,Terry Andrew

# 1908398

Wynne Unit

810 FM 2821

Huntsville,Texas 77349

PRO-SE

CAUSE NOS. : F13-40506-N
F13-40507-N
F13-40508-N

THE STATE OF TEXAS            IN THE COUNTY CRIMINAL

V.                          COURT NO. _155th_ of

STANLEY, TERRY ANDREW       DALLAS COUNTY, TEXAS

## DESIGNATION OF RECORD ON APPEAL

TO THE HONOABLE JUDGE OF SAID COURT:

NOW COMES DEFENDANT/APPELLANT,

TERRY ANDREW STANLEY, and submits this Designation of records on appeal, and request that the following items be contained in the record of this appeal;

1. A complete statement of the facts of the motion to supress any pre-trial or post trial hearings, or other matters connected in or with this case where the court reporter was present and transcribing the proceedings.

2. The indictment.

3. Any special pleas and motions of the defendant and motions of the state.

4. Any written waivers.

5. Courts' docket sheet.

6. Charge of court of both guilt or innocence and punishment.

7. Any special requested charges submitted by defendant.

8. Court's finding of fact and conclusion of law.

9. Court's Judgement and sentence.

10. Motion for new trial.

11. Notice of appeal.

12. Any notes from the jury and the courts response thereto.

13. All exhibits.

14. All jurors information sheets and information of peremptory strikes.

15. Any other matter contained within the courts file.

16. Any order appointing a visiting or returned Judge to preside this case.

17. Any subpoenas or request for subpoenas.

(1)

18. Any notes written by the Judge in the courts file.
19. Any letter written by the defendant to the court.
20. Any pass slips in the file.
21. The defendant's application for probation,if any.

Wherefore primises concidered the Defendant/Appellant respetfully request that these matters be contained within the record of appeal.

Respectfully Submitted,
Signed on this 30th day of December 2014

Terry Andrew Stanley 1908398
Wynne Unit C2-3-33b
810 Fm 2821
Huntsville,Tx. 77349-0001

(2).

132-003 Form of Declaration

## NOTICE
### Offender Notary Public Service

I, <u>Terry Andrew Stanley</u>,swear under penalty of perjury, that the forgoing is true and correct to the best of my knowledge.

Signed on this 4th day of June 2015 A.D.

respectfully submitted,

Terry Andrew Stanley 1908398
Wynne Unit C2-3-33b
810 FM 2821
Huntsville,Texas 77349

PRO-SE
Date: 6-4-15

### DECLARATION OF PROOF OF SERVICE
### PRISON MAILBOX RULE4 FED. R. APP. P.

TERRY ANDREW STANLEY 1908398 declares under penalty of purjury pursuant to 28 U.S.C.§ 1746 that he mailed a copy of enclosed documents to the District Attorney Mr. Craig Watkins and the Chief Clerk for the 195th Judicial Court Dallas Texas M/S Roberta Williams by placing them in the Wynne Unit prison mailbox 810 FM 2821 Huntsville, Texas 77349-0001 on the Date of 6-5-15 , 2015 A.D.

And to the COURT OF CRIMINAL APPEALS AUSTIN TEXAS

Terry Stanley 1908398
DATE: 6-4-15